**Order filed October 15, 2021.**



**In The**

# Fourteenth Court of Appeals

———————

## NO. 14-21-00430-CV

———————

### IN THE INTEREST OF L.A.V. AND S.H.V., CHILDREN

**On Appeal from the 314th District Court
Harris County, Texas
Trial Court Cause No. 2019-03748J**

## O R D E R

The notice of appeal in this case was filed July 27, 2021. To date, the filing fee of $205.00 has not been paid. The trial court sustained a contest to appellants' Statement of Inability to Afford Costs on Appeal and this court upheld appellants' challenge to that ruling on appeal.

Appellants are ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **October 25, 2021.** *See* Tex. R. App. P. 5. If appellants fail to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM

Panel Consists of Justices Jewell, Spain, and Wilson.